1
2
3
4
5
6
7                    IN THE UNITED STATES DISTRICT COURT
8                  FOR THE EASTERN DISTRICT OF CALIFORNIA
9  LEZLIE BYRUM, et al.,
10             Plaintiffs,            No. MC S-09-0110 MCE GGH
11      v.
12
   COMPASS VISION, INC., et al.,
13
              Defendants.
14 _____/
15 JOANNE ELIZABETH CLEVELAND, et al.,
16             Plaintiffs,            No. MC S-09-0111 MCE GGH
17      v.
18 COMPASS VISION, INC., et al.,
19            Defendants.
20 _____/
21 LORIE GARLICK,
22             Plaintiff,             No. MC S- 09-0112 MCE GGH
23      v.
24 COMPASS VISION, INC., et al.,
25            Defendants.
26 _____/

1

| | | |
|---|---|---|
| 1 | DEBORAH JEAN SMITH, et al., | |
| 2 | Plaintiffs, | No. MC S-09-0113 MCE GGH |
| 3 | v. | |
| 4 | COMPASS VISION, INC., et al., | |
| 5 | Defendants. | |
| 6 | _____/ | |
| 7 | MAGDA GONZALEZ, et al., | |
| 8 | Plaintiffs, | No. MC S-09-0114 MCE GGH |
| 9 | v. | |
| 10 | COMPASS VISION, INC., et al., | ORDER |
| 11 | Defendants. | |
| 12 | _____/ | |

Presently before the court are motions for protective order in each of these cases. Movant State of California, Department of Consumer Affairs, has filed to properly notice the motions for hearing. Furthermore, the motions do not include copies of the subpoenas at issue.

In addition to rectifying these defects, movant will be directed on re-noticing the motions to brief the issue of why, when a *state wide* governmental entity is subpoenaed in connection with ongoing cases in other districts, the Eastern District should be the focal point for discovery matters in those cases.

Accordingly, IT IS HEREBY ORDERED that:

1. The motions for protective order, filed December 3, 2009, are vacated. Movant shall properly notice the motions for hearing pursuant to E. D. Local Rule 251(a). The re-noticed motions shall include copies of the subpoenas at issue.

\\\\\
\\\\\
\\\\\

1         2. On refiling the motions, movant shall brief the issue described herein.

2 DATED: December 15, 2009

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
U. S. MAGISTRATE JUDGE

GGH:076
Byrum0110.vac